Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Plaza
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 68.8.146.252, <br><br> Defendant. | Case Number: 3:17-cv-02302-MMA-JLB <br><br> PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT |

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this *ex-parte* application for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On December 15, 2017, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain the Defendant's identifying information [CM/ECF 7].

1

Plaintiff issued the subpoena on or about January 2, 2018 and expects to receive the ISP's response on or about February 16, 2018.

3. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than February 12, 2018. Because the ISP is not expected to respond until February 16, 2018 and Defendant's identity currently remains unknown to Plaintiff, Plaintiff is unable to comply with the current service deadline.

4. Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended an additional sixty (60) days from February 16, 2018 (the date Plaintiff expects to receive the ISP response) and thus the deadline to effect service be extended to April 17, 2018.

5. This application is made in good faith and not for the purpose of undue delay.

6. This is Plaintiff's first request for an extension. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until April 17, 2018. A proposed order is attached for the Court's convenience.

Dated: February 12, 2018                                             Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
FOX ROTHSCHILD LLP
*Attorney for Plaintiff*

2

Plaintiff's *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service
Case No. 3:17-cv-02302-MMA-JLB